# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:13-CV-467-FDW-DCK

| | | |
|---|---|---|
| LEE ANN PRIDGEON, L.I.G. SERVICES, INC., and JOHN DOES 1-100, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| RICK RYAN PEGRAM, DEBRA R. PEGRAM, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case.  The mediator, Chase B. Saunders, has completed a "Certification Of Mediation Session" (Document Nos. 62, 63) notifying the Court that the parties reached a settlement on December 9, 2014.  The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **January 9, 2015**.

**IT IS FURTHER ORDERED** that Defendant's "Motion To Quash" (Document No. 58) and "Plaintiff's Motion To Compel Disclosure" (Document No. 61) are **DENIED AS MOOT**.

Signed: December 16, 2014

David C. Keesler
United States Magistrate Judge